**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MCDONALD OLIVER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | No. 22-4353 |
| UNIVERSAL HEALTH SERVICES INC, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 29th day of February, 2024, it is **ORDERED** that Defendant Horsham Clinic's Motion for Summary Judgment (ECF No. 38) is **DENIED**.

                                                      _s/ANITA B. BRODY, J.___
                                                      ANITA B. BRODY, J.