IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MCDONALD OLIVER | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| UNIVERSAL HEALTH SERVICES INC. et al | : | NO. 22-4353 |

O R D E R

AND NOW, this 1st day of August 2024, it having been reported that the issues between the parties in the above action have been resolved and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel without costs.

George Wylesol
Clerk of Court

By:     s/ Joseph Walton
            *Deputy Clerk*

Civ. 2 41.1(b) (3/18)